NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000300
26-SEP-2013
10:59 AM

NO. CAAP-13-0000300

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GLORIA RAQUEDAN, Plaintiff-Appellant, v.
BRIGIDO DAPROZA and AURELIO S. AGCAOILI, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 10-1-1587)

ORDER GRANTING PLAINTIFF-APPELLANT'S
SEPTEMBER 11, 2013 NOTICE OF WITHDRAWAL OF APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of Plaintiff-Appellant Gloria Raquedan's September 11, 2013 "Notice of Withdrawal of Appeal," which the court construes as a motion to dismiss the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi,  September 26, 2013.

Chief Judge

Associate Judge

Associate Judge